# EXHIBIT G

**Max Goss**

| | |
|---|---|
| **From:** | Wade Fink <wade@wadefinklaw.com> |
| **Sent:** | Monday, November 20, 2017 2:14 PM |
| **To:** | Max Goss |
| **Subject:** | FW: Mixed Chicks LLC/ ABG Prime Group dispute |

Wade G. Fink
Attorney at Law
wade@wadefinklaw.com



The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

**From:** Marea Barsky <mab@barskylaw.net>
**Date:** Monday, October 9, 2017 at 7:47 PM
**To:** Wade Fink <wade@wadefinklaw.com>
**Cc:** Tal Grinblat <tgrinblat@Lewitthackman.com>
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

Wade,

You are right, its not complicated.However, I needed to speak to my clients and they are not agreeable to the 5 day notice requirement or any notice requirement for that matter. Have a good evening.


Sincerely,

**Marea A. Barsky, Esq.**
**Law Office of Marea A. Barsky**

Mailing Address:
360 E 1st Street, # 686
Tustin, California 92780

Office Address:
7545 Irvine Center Drive, Suite 200
Irvine, California 92618
t: (949) 501-1977
f: (949) 535-0448

1

mab@barskylaw.net

***The information including any attachments contained in this e mail message from  MAREA A. BARSKY, ESQ. and  is LEGALLY PRIVILEGED, STRICTLY CONFIDENTIAL information intended only for the use of the addressee identified in the message.  If the reader of this message is not the intended recipient or addressee, then the message and any attachments have been received in error.  In that event you may not disclose, distribute or reproduce the information in any way, and we ask you to please notify the sender immediately by telephone and e mail and to permanently delete and/or destroy the original message and attachments without making a copy.***

---

**From:** Wade Fink <wade@wadefinklaw.com>
**Sent:** Monday, October 9, 2017 2:44 PM
**To:** Marea Barsky
**Cc:** Tal Grinblat
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

Marea,

This really is not all that complicated or controversial. I'm asking for notice if your client decides it is going to make another Amazon complaint in order to give effect to Term #2 below. Are we in agreement? I'd like to know soon, please.

Best,

Wade

---

**From:** Wade Fink <wade@wadefinklaw.com>
**Date:** Monday, October 9, 2017 at 1:58 PM
**To:** Marea Barsky <mab@barskylaw.net>
**Cc:** Tal Grinblat <tgrinblat@Lewitthackman.com>
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

Thank you. It is a logical way to selling "without interference." Otherwise, I can just take this motion down, and you hit me again. And I have to file again, serve again. Not doing that without assurances that no complaint without some notice. 5 days?

---

**From:** Marea Barsky <mab@barskylaw.net>
**Date:** Monday, October 9, 2017 at 1:56 PM
**To:** Wade Fink <wade@wadefinklaw.com>
**Cc:** Tal Grinblat <tgrinblat@Lewitthackman.com>
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

See my responses in red.

---

**From:** Wade Fink <wade@wadefinklaw.com>
**Sent:** Monday, October 9, 2017 10:10 AM

**To:** Marea Barsky
**Cc:** Tal Grinblat
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

You a misrepresenting my offer, which, in its entirety, was:

"The terms you described in your email below were discussion points, but not formally agreed to. That said, we would agree to the following:

(1) Mixed Chicks withdraws their complaint with Amazon by communicating a retraction to notice-dispute@amazon.com and CC'ing me on that correspondence. Upon receipt, I will withdraw my pending motion. Done.

(2) ABG is permitted to sell Mixed Chicks without interference and reserves its right to reinstate its motion for TRO and/or preliminary injunction should Mixed Chicks interfere.  My understanding is that your client can resume selling the product at this time, so I am not clear as to your issue here. In your email over the weekend you added a 5 day lead  which was not memorialized in this or any other agreement.

(3) I will agree to a 60 day answer period IF your client accepts service. And I would likely agree to additional time if necessary as that deadline approaches. Our client have been served.

(4) I will NOT agree to cease with service attempts or an extension if you do not agree to accept service.  Moot.

If these terms are agreeable, please let me know. If not, I will not withdraw my motion."


Accordingly, I asked for agreement that ABG is permitted to sell Mixed Chicks, which is why I'm now asking for confirmation of that fact, and, to give it any meeting, a 5 day notice. I also agreed to 60 days IF you accepted service – instead, I had to incur costs of serving your client.

In good faith, if you confirm for me that there will be no interference with our ability to sell without notice, we will withdraw the motion and give you the extension.

Wade

Wade G. Fink
Attorney at Law
wade@wadefinklaw.com



The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

**From:** Marea Barsky <mab@barskylaw.net>
**Date:** Monday, October 9, 2017 at 1:06 PM
**To:** Wade Fink <wade@wadefinklaw.com>
**Cc:** Tal Grinblat <tgrinblat@Lewitthackman.com>
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

Dear Wade,

This was not our agreement. Please see your email below on Oct 5, 2017.   We have retracted the complaint from Amazon against your client and we expect you to withdrawal the motion immediately as your new conditions were not part of our agreement . Please confirm that you have done so as we negotiated this in good faith.


"Upon receiving the retraction from "ecommerce@mixedchicks.net" to "notice-dispute@amazon.com", we will withdraw our motion without prejudice and agree to a 60 day answer period. Acknowledged and agreed that neither party waives rights with respect to the ripeness or substance of the dispute. "


Sincerely,

**Marea A. Barsky, Esq.
Law Office of Marea A. Barsky**

Mailing Address:
360 E 1st Street, # 686
Tustin, California 92780

Office Address:
7545 Irvine Center Drive, Suite 200
Irvine, California 92618
t:  (949) 501-1977
f:  (949) 535-0448
mab@barskylaw.net

*The information including any attachments contained in this e mail message from  MAREA A. BARSKY, ESQ. and  is LEGALLY PRIVILEGED, STRICTLY CONFIDENTIAL information intended only for the use of the addressee identified in the message.  If the reader of this message is not the intended recipient or addressee, then the message and any attachments have been received in error.  In that event you may not disclose, distribute or reproduce the information in any way, and we ask you to please notify the sender immediately by telephone and e mail and to permanently delete and/or destroy the original message and attachments without making a copy.*

---

**From:** Wade Fink <wade@wadefinklaw.com>
**Sent:** Monday, October 9, 2017 9:58 AM
**To:** Marea Barsky
**Cc:** Tal Grinblat
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

Following up on my prior e-mail…

4

**From:** Wade Fink <wade@wadefinklaw.com>
**Date:** Saturday, October 7, 2017 at 4:27 PM
**To:** Marea Barsky <mab@barskylaw.net>
**Cc:** Tal Grinblat <tgrinblat@Lewitthackman.com>
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

Marea,

I'm in receipt of your client's retraction. Last thing necessary is your agreement not to publish further complaints to Amazon without notice to my client. I suggest 5 days' notice to my client before any complaint made. With that, I'll withdraw my motion and agree to a 60 day answer period for your first responsive pleading to the complaint.

Agreed?

Very best,

Wade

Sent from my iPhone

On Oct 6, 2017, at 6:39 PM, Marea Barsky <mab@barskylaw.net> wrote:

> Dear Wade,
>
> We are in receipt of your email and we will be in touch shortly.
>
> Sincerely,
>
> **Marea A. Barsky, Esq.**
> **Law Office of Marea A. Barsky**
>
> Mailing Address:
> 360 E 1st Street, # 686
> Tustin, California 92780
>
> Office Address:
> 7545 Irvine Center Drive, Suite 200
> Irvine, California 92618
> t: (949) 501-1977
> f: (949) 535-0448
> mab@barskylaw.net
>
> *The information including any attachments contained in this e mail message from MAREA A. BARSKY, ESQ. and is LEGALLY PRIVILEGED, STRICTLY CONFIDENTIAL information intended only for the use of the addressee identified in the message. If the reader of this message is not the intended recipient or addressee, then the message and any attachments have been received in error. In that event you may not disclose, distribute or reproduce the information in any way, and we ask you to please notify the sender immediately by telephone and e mail and to permanently delete and/or destroy the original message and attachments without making a copy.*

**From:** Wade Fink <wade@wadefinklaw.com>
**Sent:** Friday, October 6, 2017 2:17 PM
**To:** Marea Barsky
**Cc:** Tal Grinblat
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

Marea and Tal,

The Court denied my ex parte request and has scheduled a status conference on my motion for October 19, 2017 at 2:30 p.m. in Port Huron, Michigan. I would imagine if you follow through and agree on the proposed course of action I outlined in my previous email, it would obviate the need for that status conference. But we'll go forward if that's what you prefer, I would just appreciate a response.

Very best,

Wade

Wade G. Fink
Attorney at Law
wade@wadefinklaw.com

<image001.png>

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

**From:** Wade Fink <wade@wadefinklaw.com>
**Date:** Thursday, October 5, 2017 at 11:24 PM
**To:** Marea Barsky <mab@barskylaw.net>
**Cc:** Tal Grinblat <tgrinblat@Lewitthackman.com>
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

Hi Marea,

Upon receiving the retraction from "ecommerce@mixedchicks.net" to "notice-dispute@amazon.com", we will withdraw our motion without prejudice and agree to a 60 day answer period. Acknowledged and agreed that neither party waives rights with respect to the ripeness or substance of the dispute.

The retraction should state that the parties have "resolved" their IP dispute, otherwise Amazon may not honor it and we'll be in same predicament. I will agree not to use such language

against you as an admission or anything similar, as you are simply using the necessary words to go back to the status quo.

Wade

Sent from my iPhone

On Oct 5, 2017, at 11:16 PM, Marea Barsky <mab@barskylaw.net> wrote:

> Wade,
>
> Yes, our clients confirm being served with ABG's lawsuit today, which makes points 3 & 4 moot other than your agreement to provide Mixed Chicks a 60 day extension to respond.  Regarding point 1 we will work with RivellePro to withdraw the Amazon complaint and have them copy you on that correspondence.  You will withdraw ABG's TRO/Preliminary Injunction motion.
>
> Re point 2, Mixed Chicks agrees, while it investigates the matter not to object to ABG selling Mixed Chicks' products on Amazon.  (You have represented they are authentic, and we understand there are no misrepresentations etc.). As you can appreciate, we do not know what the investigation will reveal and by these discussions Mixed Chicks is not conceding that ABG has a right to sell Mixed Chicks' products on Amazon, or other e-commerce site or other outlet.  Therefore, Mixed Chicks has to reserve the right to renew the complaint in the future.  We recognize ABG reserves the right to reinstate its motion.   Hopefully further investigation and communications will make such steps unnecessary.  Please confirm your agreement and we will ask RivellePro to withdraw the Amazon complaint.
>
> Sincerely,
>
> **Marea A. Barsky, Esq**.
> **Law Office of Marea A. Barsky**
>
> Mailing Address:
> 360 E 1st Street, # 686
> Tustin, California 92780
>
> Office Address:
> 7545 Irvine Center Drive, Suite 200
> Irvine, California 92618
> t: (949) 501-1977
> f: (949) 535-0448
> mab@barskylaw.net
>
> *The information including any attachments contained in this e mail message from  MAREA A. BARSKY, ESQ. and  is LEGALLY PRIVILEGED, STRICTLY CONFIDENTIAL information intended only for the use of the addressee identified in the message.  If the reader of this message is not the intended recipient or addressee, then the message and any attachments have been received in error.  In that event you may not disclose, distribute or reproduce the information in any way, and we ask you to please notify the sender immediately by telephone and e mail and to permanently delete and/or destroy the original message and attachments without making a copy.*

**From:** Wade Fink <wade@wadefinklaw.com>
**Sent:** Thursday, October 5, 2017 4:46 PM
**To:** Marea Barsky
**Cc:** Tal Grinblat
**Subject:** Re: Mixed Chicks LLC/ ABG Prime Group dispute

It's my understanding that Mixed Chicks has been served. I'm still agreeable to an answer extension with the other terms outlined below.

Sent from my iPhone

On Oct 5, 2017, at 5:40 PM, Wade Fink <wade@wadefinklaw.com> wrote:

> Marea and Tal,
>
> Very nice speaking with you, as well.
>
> The terms you described in your email below were discussion points, but not formally agreed to. That said, we would agree to the following:
>
> (1) Mixed Chicks withdraws their complaint with Amazon by communicating a retraction to notice-dispute@amazon.com and CC'ing me on that correspondence. Upon receipt, I will withdraw my pending motion.
>
> (2) ABG is permitted to sell Mixed Chicks without interference and reserves its right to reinstate its motion for TRO and/or preliminary injunction should Mixed Chicks interfere.
>
> (3) I will agree to a 60 day answer period IF your client accepts service. And I would likely agree to additional time if necessary as that deadline approaches.
>
> (4) I will NOT agree to cease with service attempts or an extension if you do not agree to accept service.
>
> If these terms are agreeable, please let me know. If not, I will not withdraw my motion.
>
> Very best,
>
> Wade Fink
>
> Sent from my iPhone

On Oct 5, 2017, at 5:22 PM, Marea Barsky <mab@barskylaw.net> wrote:

Dear Mr. Fink,

Thank you for taking our call today to discuss resolution of the above matter. I have cc'd Tal Grinblat on this email.   This will confirm our conversation today that the parties agreed to the following:

1. Mixed Chicks, LLC (via Rivelle Pro) will withdraw the Amazon trademark infringement complaint filed against ABG and include you on that correspondence. The withdrawal will be communicated to Amazon today;
2. While Mixed Chicks investigates ABG's claims, ABG may resume selling ABG's Mixed Chicks inventory on Amazon;
3. You will immediately contact your process server to put a service hold of ABG's lawsuit  (**ABG Prime Group v. Mixed Chicks, LLC, Docket No. 2:17-cv-13257 (E.D. Mich.)** against Mixed Chicks;
4. ABG will give Mixed Chicks 5 business days from today before attempting to serve them;
5. As soon as you receive confirmation that the Amazon complaint was withdrawn, you will withdraw the TRO/Preliminary Injunction Motion; and
6. You will grant Mixed Chicks LLC at least 90 days to answer ABG's complaint from the date of service.

Thank you and we look forward to trying to resolve this matter amicably. In the meantime, Mixed Chicks respectfully reserves all rights, claims and remedies. Please confirm reciept of the email.


Sincerely,

**Marea A. Barsky, Esq.
Law Office of Marea A. Barsky**

Mailing Address:
360 E 1st Street, # 686
Tustin, California 92780

9

Office Address:
7545 Irvine Center Drive, Suite 200
Irvine, California 92618
t: (949) 501-1977
f: (949) 535-0448
mab@barskylaw.net

*The information including any attachments contained in this e mail message from MAREA A. BARSKY, ESQ. and is LEGALLY PRIVILEGED, STRICTLY CONFIDENTIAL information intended only for the use of the addressee identified in the message. If the reader of this message is not the intended recipient or addressee, then the message and any attachments have been received in error. In that event you may not disclose, distribute or reproduce the information in any way, and we ask you to please notify the sender immediately by telephone and e mail and to permanently delete and/or destroy the original message and attachments without making a copy.*